```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LINDA HARPER,                           :    09 Civ. 5303 (SHS)

                Plaintiff,         :

    -against-                          :    ORDER

NEW YORK CITY HOUSING AUTHORITY,        :

                Defendant.         :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

       A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. The last day for completion of fact discovery is March 26, 2010;

2. There will be a pretrial conference on March 26, 2010, at 10:00 a.m.; and

3. If there are any discovery disputes, the parties shall notify the Court, in

writing, far enough in advance of March 26, 2010, so that the dispute can be adjudicated and the

discovery taken before the close of discovery.

Dated: New York, New York
       November 12, 2009

                                                                   SO ORDERED:

                                                                   Sidney H. Stein, U.S.D.J.